# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PACIFIC SHORES SUBDIVISION )<br>CALIFORNIA WATER DISTRICT, et al., )<br>        )<br>            Plaintiffs,     )<br>        )<br>        )<br>    v.    )<br>        )<br>        )<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, et al.,    )<br>        )<br>            Defendants.    )<br>        ) | Civ. No.: 04-2091 (HHK)<br><br>**NOTICE OF LODGING OF SUPPLEMENTAL ADMINISTRATIVE RECORDS BY THE U.S. ARMY CORPS OF ENGINEERS** |

PLEASE TAKE NOTICE that Counsel for Defendants, the U.S. Army Corps of Engineers ("Corps"), hereby lodges with the Clerk the following:

- An electronic file containing three supplemental administrative record documents, bates numbered 1594 through 1605 (Exhibit 1).

- A revised Index to the administrative record of the Corps (Exhibit 2).

- An amended certification of the Index and supplemental record documents (Exhibit 3).

Federal Defendants further give notice that the Corps hereby lodges an electronic file containing partially redacted pages from Document 112 of the Corps' administrative record (Exhibit 4). As a result of informal discussions and written correspondence with Plaintiffs, Federal Defendants engaged in good faith review of the document which had been originally

-1-

withheld in its entirety as privileged, and determined that certain portions of the document could be released.

Respectfully submitted this 9th day of February, 2006.

        SUE ELLEN WOOLDRIDGE,
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

          /s/ Guillermo A. Montero
        GUILLERMO A. MONTERO, Trial Attorney
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        ph: (202) 305-0443 / fax: (202) 305-0274

        JEAN E. WILLIAMS, Chief
        SETH M. BARSKY, Assistant Chief
        JAMES A. MAYSONETT, Trial Attorney (D.C. Bar 463856)
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        ph: (202) 305-0216 / fax: (202) 305-0275

        Attorneys for Federal Defendants