**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

**PACIFIC SHORES SUBDIVISION**
**CALIFORNIA WATER DISTRICT, et al.,**

      **Plaintiffs,**

      **v.**

**UNITED STATES ARMY CORPS OF**
**ENGINEERS, et al.,**

      **Defendants.**

</td>
<td>

**Civil Action No. 04-2091 (HHK/JMF)**

</td>
</tr>
</table>

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED**

that: _____

1.    Plaintiffs' Motion to Supplement the Administrative Record [#31] is **DENIED**; it is further **ORDERED** that

2.    Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Supplement Administrative Record [#34] is **GRANTED**; and it is further **ORDERED** that

3.    Plaintiffs' Unopposed Motion for Leave to File Sur-Reply [#38] is **GRANTED**.

**SO ORDERED.**

**Dated:**

                                 _____

                                 **JOHN M. FACCIOLA**
                                 **UNITED STATES MAGISTRATE JUDGE**